# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00073-CV

**In re Alisa Golz**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Ellis

Filed: February 6, 2026